UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

|                              |   |                       |
|------------------------------|---|-----------------------|
|                              | : |                       |
| UNITED STATES OF AMERICA     |   |                       |
|                              | : | ORDER                 |
| VS.                          |   |                       |
|                              | : |                       |
| RAUDI ARSENIO TAVERAS        |   |                       |
| a/k/a RANDY TAVERAS          |   |                       |
|                              | : | CR. NO. 09-437-01(FLW)|
| Defendant                    |   |                       |
|                              | : |                       |

The financial inability of the defendant to retain counsel having been established by the

Court, and the defendant not having waived the appointment of counsel,

It is on this 21st day of July, 2009

ORDERED that Richard Coughlin, Federal Public Defender (Andrea Bergman, AFPD) for the

District of New Jersey is hereby appointed to represent said defendant in this cause until further

order of the Court.


*s/Freda L. Wolfson*_____
**FREDA L. WOLFSON**
**UNITED STATES DISTRICT JUDGE**


cc:  Federal Public Defender