UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 09-437 (FLW) |
| vs. | : | Hon. Freda L. Wolfson |
| RAUDI ARSENIO TAVERAS,<br> a/k/a "Randy Taveras" | : | DETENTION ORDER |

This matter having been opened to the Court on motion of the United States, by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Harvey Bartle, IV, Assistant United States Attorney, appearing on behalf of the United States before the Court on July 21, 2009), in the presence of Andrea Bergman, AFPD, attorney for defendant Raudi Arsenio Taveras, for an order pursuant to Title 18, United States Code, Section 3142(e) detaining the defendant without bail pending trial in the above-entitled matter; the Government's Motion for Pre-trial detention the Court makes the following findings:

1. On June 10, 2009, the grand jury sitting in Newark, New Jersey, returned an indictment charging the defendant with 1 count of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326. The offense charged in the indictment carries a maximum penalty of 20 years imprisonment.

2. As a formal matter, the government has moved for detention pursuant to Title 18, United States Code, Section 3142(f)(2)(A), alleging that there exists a serious risk that the defendant will flee.

3. The government has represented to the court that the defendant is an illegal alien that has used false aliases to remain in the United States illegally. Furthermore, the government has

represented that an immigration detainer has been filed against the defendant by the Bureau of Immigrations and Customs Enforcement.

4. At the present time, the defendant has notified the Court of his intention not to instantly assert his right to put evidence forth and instead reserves that right to be asserted at a later date.

IT IS, therefore, on this 23rd day of July, 2009,

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be committed to the custody of the Attorney General or his authorized representative pending trial; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining the defendant pending trial is hereby GRANTED, and the defendant is hereby ordered detained pending trial in the above-entitled matter. The defendant, by and through counsel, having not contested the detention motion

of the government, hereby reserves the right to request a full hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of pre-trial release at a later date.

                                                HONORABLE FREDA L. WOLFSON
                                                United States District Judge